# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman JUAN M. PESINA
### United States Air Force

### ACM S32196

### 17 July 2014

Sentence adjudged 9 October 2013 by SPCM convened at Nellis Air Force Base, Nevada. Military Judge: Christopher M. Schumann.

Approved Sentence: Bad-conduct discharge and confinement for 5 months.

Appellate Counsel for the Appellant: Major Nicholas Carter and Major Jennifer J. Raab.

Appellate Counsel for the United States: Colonel Don M. Christensen.

Before

ALLRED, MITCHELL, and WEBER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The Court notes that the Court-Martial Order (CMO), dated 16 December 2013 is incorrect in that it fails to indicate pleas and findings for the specifications. The Court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are AFFIRMED.

 FOR THE COURT

STEVEN LUCAS
Clerk of the Court

ACM S32196